UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTEC GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREY KLIMOV, et al., <br><br> Defendants. | Case No. 15-cv-03449-RMW <br><br> **ORDER RE CASE MANAGEMENT CONFERENCE** |

A case management conference was held on December 11, 2015, The court orders as follows:

1. By January 15, 2016, plaintiff shall file its amended complaint.

2. By February 12, 2016, the parties shall file a joint proposed protective order. If the parties cannot agree to any terms of the protective order, they shall propose alternate paragraphs for those terms of the order.

3. By February 26, 2016, the parties shall make initial disclosures pursuant to Federal Rule of Civil Procedure 26.

4. By March 11, 2016, the parties shall file a joint discovery plan on March 11, 2016. If the parties cannot agree to any terms of the discovery plan, they shall propose alternate paragraphs for those terms of the order.

1

15-cv-03449-RMW
ORDER RE CASE MANAGEMENT CONFERENCE
FC

5. By March 11, 2016, plaintiff shall file and serve a list of the alleged trade secrets at issue.

6. A further case management conference is scheduled for May 13, 2016 at 10:30 a.m.

7. Except as set forth in this order, no discovery will be taken until a discovery plan is entered by the court.

**IT IS SO ORDERED.**

Dated: December 22, 2015

_____
Ronald M. Whyte
United States District Judge