Louise Ann Fernandez, Esq. – SBN 86263
Email: laf@jmbm.com
An Nguyen Ruda, Esq. – SBN 215453
Email: ahn@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 984-9613
Facsimile: (310) 712-3364

Benjamin Davidson, Esq. – SBN 241859
Email: bdavidson@bendavidsonlaw.com
LAW OFFICES OF BENJAMIN DAVIDSON, P.C.
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211
Telephone: (323) 456-8647
Facsimile: (310) 432-0104

Attorneys for Plaintiff
ARTEC GROUP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

ARTEC GROUP, INC., a California Corporation,

Plaintiff,

vs.

ANDREY KLIMOV, an individual, et al.,

Defendants.

Case No. 15-cv-03449-RMW (HRLx)

**NOTICE OF RULING AND [~~PROPOSED~~] ORDER RE: FURTHER CASE MANAGEMENT CONFERENCE**

Date: July 22, 2016
Time: 10:30 a.m.
Place: Ctrm. 6, 4th Fl.
280 S. 1st St.
San Jose, CA 95113
Judge: Hon. Ronald M. Whyte

Trial Date: None Set

Action Filed: July 27, 2015

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On July 22, 2016 at 10:30 a.m. in Courtroom 6 of the United States District Court for the Northern District of California, San Jose Division, the Further Case Management Conference in the above-captioned matter of *Artec Group, Inc. v. Andrey Klimov, et al.* came before the Court, the Hon. Ronald M. Whyte presiding. Benjamin Davidson appeared on behalf of Plaintiff Artec Group, Inc. ("Artec"). Oly Filatova appeared on behalf of Defendants Andrey Klimov, Yulia Klimova, Anna Stebleva, A-Star LLC, and ID-Wise SIA ("Defendants"). No appearance was entered on behalf of Defendant Axon Business Systems, LLC ("Axon").

The Court ordered as follows:

1. Parties may proceed with written discovery. Presumptive limits on discovery shall apply. Request for production of documents: no limit but discovery must be narrowly tailored.

2. Parties may file a motion to limit or quash discovery if they believe discovery served on them is not proportionate to the case.

3. Plaintiff must serve Axon by August 12, 2016. Plaintiff may not agree to extend Axon's time to respond.

4. If Axon is not served by August 12, 2016, Plaintiff must file a motion to extend time to serve Axon, and Defendants can ask that Axon be dismissed from the case.

5. No depositions shall be taken until Axon appears.

6. If the parties are not cooperating in discovery, a referee may be appointed with the understanding that the Court may allocate the cost of the referee as appropriate based on the Parties' conduct.

7. The parties are ordered to comply with the Court's May 23, 2016 order re: disclosures. Defendants are to provide contracts with Artec's former customers including distributors. Plaintiff is to provide any correspondence related to the formation of the individual defendants' employment agreements.

8. The Parties are ordered to meet and confer within 30 days regarding a mediation date and location in which both Artem Yukhin and Andrey Klimov are physically present.

9. A Further Case Management Conference is set for November 4, 2016 at 10:30 a.m. in Courtroom 6, 4th Floor, of the San Jose Courthouse.

10. Defendants are to prepare this order within seven days.

Dated: July 29, 2016

Respectfully submitted,

By: /s/ Oly Filatova
Law Offices of Oly Roma Filatova
Attorneys for Defendants ANDREY KLIMOV, ANNA STEBLEVA, YULIA KLIMOVA, A-STAR LLC and ID-WISE SIA.

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: August 4, 2016

Ronald M. Whyte
United States District Judge