UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEC GROUP, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREY KLIMOV, et al.,<br><br>  Defendants. | Case No.  15-cv-03449-EMC<br><br>**ORDER RE NOTICE OF MOTIONS TO WITHDRAW**<br><br>Docket No. 175-78 |

Currently pending before the Court are motions to withdraw as counsel filed by all attorneys representing the defendants in this case.  Having reviewed the motions, the Court hereby orders as follows.

(1) Because it is not clear from the record that the attorneys served copies of their motions on their clients, the Court hereby orders the attorneys to either (a) immediately serve copies of the motions on their clients and file proofs of service reflecting such or (b) file proofs of service confirming that service was previously effected and when.  **The proofs of service shall be filed within two days of the date of this order.**

(2) The attorneys shall file declarations certifying that they have advised their clients that they have the right to make an appearance at the hearing (which was recently rescheduled for March 29, 2017, at 10:30 a.m.).  In addition, the attorneys shall certify that they have advised their entity clients that they "may appear only through a member of the bar of this Court," Civ. L.R. 3-9(b), and that, without representation, a default will likely be entered against them and discussed with their clients what are the possible ramifications of an entry of default.  **The declarations shall also be filed within two days of the date of this order.**

(3) The attorneys shall serve a copy of this order on their clients.  A courtesy copy

should also be provided via e-mail, if possible.  **Proofs of service shall be filed within two days of the date of this order.**

**IT IS SO ORDERED**.

Dated: February 28, 2017

_____
EDWARD M. CHEN
United States District Judge