UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEC GROUP, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREY KLIMOV, et al.,<br><br>   Defendants. | Case No. 15-cv-03449-EMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>Docket No. 195-96 |

Currently pending before the Court is Plaintiff's motion to file under seal certain documents submitted in conjunction with Plaintiff's response to defense counsel's motions to withdraw. The Court has reviewed the sealing motion and supporting documents and, while there does appear to be a basis to seal at least some of the information, Plaintiff's request to file under seal is overbroad. Some exhibits do not appear to contain any confidential information or, at best, only a limited portion may contain confidential information. *See, e.g.*, Exs. 8, 11-14. Plaintiff is also advised that, even where a document contains a significant amount of confidential information, that does not mean that the entire document should be filed under seal; the sealing request should be narrowly tailored such that Plaintiff should be asking for only the confidential portions to be filed under seal.

///
///
///
///
///
///

Accordingly, the Court hereby **DENIES** without prejudice the motion to file under seal. The Court orders Plaintiff to review the exhibits that it previously asked to be filed under seal and file a new request to file under seal that is narrowly tailored. Plaintiff's amended motion to file under seal shall be filed within a week of the date of this order.

This order disposes of Docket Nos. 195 and 196.

**IT IS SO ORDERED**.

Dated: March 16, 2017

_____
EDWARD M. CHEN
United States District Judge