UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEC GROUP, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> ANDREY KLIMOV, et al., <br><br>   Defendants. | Case No. 15-cv-03449-EMC <br><br> **ORDER GRANTING PLAINTIFF'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Docket No. 212 |

In accordance with the Court's order of March 16, 2017, *see* Docket No. 208 (order), Plaintiff has filed an amended motion to file under seal. Having reviewed the amended motion and supporting papers, the Court hereby **GRANTS** the request to file under seal. More specifically, the limited portions of Exhibits 2, 3, 5, and 9 (attached to the Fernandez declaration) shall be filed under seal. Plaintiff is ordered to publicly file the exhibits (attached to the Fernandez declaration) over which it no longer makes any claim of confidentiality. Those exhibits shall be publicly filed within three days of the date of this order.

This order disposes of Docket No. 212.

**IT IS SO ORDERED**.

Dated: March 24, 2017

_____
EDWARD M. CHEN
United States District Judge