Mr. Andrey Klimov
Prospect Vernadskogo, 25, 1, 40
Moscow, Russia, 119331
klivan117@gmail.com
916-251-8233
Defendant *in pro per*

[List of Counsel/Parties Continued on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ARTEC GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREY KLIMOV, an individual, et al.,<br><br>Defendants. | Case No. 15-cv-03449-EMC<br><br>**STIPULATION AND [PR~~O~~POSED] ORDER RE: EXTENSION OF DEADLINE TO ANSWER INTERROGATORIES BY KLIMOV [L.R.6-2]**<br><br>Judge: Honorable Edward M. Chen<br><br>Action Filed: July 27, 2015 |

[List of Counsel/Parties Continued]

Louise Ann Fernandez, Esq. – State Bar No. 86263
Email: laf@jmbm.com
An Nguyen Ruda, Esq. – State Bar No. 215453
Email: ahn@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 984-9613
Facsimile: (310) 712-3364

Benjamin Davidson, Esq. – State Bar No. 241859
Email: bdavidson@bendavidsonlaw.com
LAW OFFICES OF BENJAMIN DAVIDSON, P.C.
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211
Telephone: (323) 456-8647
Facsimile: (310) 432-0104

Attorneys for Plaintiff
ARTEC GROUP, INC.

Pursuant to the United States District Court, Northern District of California Local Rule 6-2, Mr. Andrey Klimov (Defendant) and Artec Group, Inc. ("Artec" or "Plaintiff"), state and stipulate as follows:

1. Pursuant to the Court's February 3, 2017 Case Management and Pretrial Order for Jury Trial (the "CMO") (Dkt. 171), the deadline for fact discovery is currently scheduled for August 17, 2017.

2. Plaintiff served interrogatories (19 questions) to Defendant Klimov on July 14, 2017, and the responses are due on August 14, 2017.

3. Klimov spend portion of his 30 days allowed to answer interrogatories, preparing for Settlement Conference by researching and writing Confidential Letter for Judge LaPorte and Settlement Statement. He also spend some more time providing additional discovery to plaintiff. He will also spend almost one week to fly to California for mediation. This left very little time to answer properly and to search thoroughly through his records.

4. The parties therefore agreed that the deadlines for his reply to interrogatories may be extended to August 22, 2017, in order to provide sufficient time for proper and full response. Extension of this date will not affect any other dates or deadlines in the CMO.

THEREFORE, the Parties agree and request the Court to enter an order modifying the date Mr. Klimov's responses to interrogatories are due to August 22, 2017.

IT IS SO STIPULATED.

Concurrence in the filing of this stipulation has been obtained from each of the other Signatories.

Dated: Aug 3, 2017          Respectfully submitted,

                    By:    /s/ Andrey Klimov
                           ANDREY KLIMOV
                           Defendant, *in pro per*

By: /s/ Rachel M. Capoccia
Louise Ann Fernandez
An Nguyen Ruda
Rachel M. Capoccia
JEFFER MANGELS BUTLER & MITCHELL LLP

Benjamin Davidson
LAW OFFICES OF BENJAMIN DAVIDSON, P.C.

Attorneys for Plaintiff
ARTEC GROUP, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/3/17

EDWARD M. CHEN
United States

IT IS SO ORDERED
Judge Edward M. Chen