# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEC GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREY KLIMOV, et al., <br><br> Defendants. | Case No. 15-cv-03449-EMC <br><br> **ORDER SELECTING MASTER FOR DEPOSITIONS OF INDIVIDUAL DEFENDANTS** <br><br> Docket No. |

Previously, the Court appointed a master to serve as a discovery referee during the depositions of the three individual defendants. *See* Docket No. 300 (order). Artec proposed that either Hon. James Ware (Ret.) or Hon. David A. Garcia (Ret.) be named as master. Both retired judges have provided declarations stating that they do not have conflicts, and the three individual defendants have not objected to either retired judge serving as a master.

Accordingly, the Court hereby orders that the master presiding over the depositions be either Judge Ware or Judge Garcia, depending on their availability.

**IT IS SO ORDERED**.

Dated: August 8, 2017

_____
EDWARD M. CHEN
United States District Judge